STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RUSSELL RICHTER, DEFENDANT-APPELLANT.

Submitted April 23, 1956—Decided April 30, 1956.

Writ of *certiorari* denied June 4, 1956. See 76 *S. Ct.* 1039.

426

*Mr. Russell Richter in propria persona.*

*Mr. Archibald Kreiger* and *Mr. Charles S. Joelson* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, JACOBS and BRENNAN—6.

*For reversal*—None.